No. 261, Misc.   ROBINETTE ET AL. *v.* CAMPBELL, U. S. DISTRICT JUDGE;

No. 311, Misc.   KARHU *v.* MICHIGAN; and

No. 329, Misc.   LANE *v.* MUNICIPAL COURT OF CHICAGO. Motions for leave to file petitions for writs of mandamus denied. *Walter E. Wiles* for petitioners in No. 261.

No. 312, Misc.   RIVERS *v.* SWYGERT, U. S. DISTRICT JUDGE. Petition for writ of mandate denied.

No. 458.   BROTHERHOOD OF RAILROAD TRAINMEN ET AL. *v.* HOWARD ET AL. C. A. 8th Cir. Certiorari granted. *Wayland K. Sullivan* and *Charles R. Judge* for petitioners. *Victor Packman* and *Joseph C. Waddy* for Howard, respondent.

No. 474.   STEMBRIDGE *v.* GEORGIA. Court of Appeals of Georgia and Supreme Court of Georgia. Certiorari granted.

No. 493.   ISBRANDTSEN COMPANY, INC. *v.* JOHNSON. C. A. 3d Cir. Certiorari granted. *Thomas E. Byrne, Jr.* for petitioner.

No. 479.   FEDERAL TRADE COMMISSION *v.* MINNEAPOLIS-HONEYWELL REGULATOR Co. C. A. 7th Cir. Certiorari granted. Counsel are requested to discuss on briefs and oral argument the question as to the timeliness of the application for the writ. *Solicitor General Perlman* for petitioner. *Albert R. Connelly* and *Will Freeman* for respondent.